# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CELESTE FELARISE

VERSUS

CHILDREN'S CLINIC OF
RACELAND, LLC AND/OR LUISA
C. BACUTA-TAGORDA AND STARR
INDEMNITY & LIABILITY
COMPANY, AND/OR AN AFFILIATE
THEREOF

NO.   2021 CW 0617

**JULY 19, 2021**

---

In Re:   Children's Clinic of Raceland and Dr. Luisa Bacuta-
Tagorda, and Starr Indemnity & Liability Company,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 684857.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT